**SODW**
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: aicklen@lbbslaw.com
E-Mail: stitzer@lbbslaw.com
Attorneys for Defendant HORACE MANN
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNY LEE BAKER, an individual; and BRIANNA SCHAEFER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HORACE MANN INSURANCE COMPANY, an Illinois corporation; DOES I through X; DOE EMPLOYEES/AGENTS I through XX; ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01178-GMN-RJJ |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties; Plaintiffs DONNY LEE BAKER and BRIANNA SCHAEFER; and Defendant HORACE MANN INSURANCE COMPANY, by through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice in its entirety, each named party to bear their own costs and attorney's fees.

/ / /

/ / /

4850-1331-1751.1                              -1-

IT IS FURTHER STIPULATED AND AGREED that there are no pending hearings or trial date on this Court's calendar.

DATED: 11-30-10

DOTSON & QUALEY

By *[signature]*
Robert S. Qualey, Esq.
Nevada Bar No. 003570
2320 Paseo Del Prado, Bldg. B-205
Las Vegas, NV 89102
Attorneys for Plaintiffs DONNY LEE BAKER and BRIANNA SCHAEFER

DATED: 12/3/10

LEWIS BRISBOIS BISGAARD & SMITH LLP

By *[signature]*
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
Stephen L. Titzer, Esq.
Nevada Bar No. 008289
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant HORACE MANN INSURANCE COMPANY

## ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice in its entirety, each named party to bear their own costs and fees.

DATED this 3rd day of December, 2010.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP


By_____
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
Stephen L. Titzer, Esq.
Nevada Bar No. 008289
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
HORACE MANN INSURANCE COMPANY